IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

CASE NO.

54 BROADCASTING, INC.,

    Plaintiff,

v.

LIN TELEVISION OF TEXAS, L.P.,
THOMAS J. VAUGHAN, INDIVIDUALLY
AND D/B/A VAUGHAN MEDIA, LLC,

    Defendants.

A08CA0030SS

## LIN TELEVISION OF TEXAS, LP'S DEMAND FOR JURY TRIAL

COMES NOW Defendant LIN Television of Texas, LP ("LIN") and pursuant to Fed. R. Civ. P. Rule 38, hereby makes this **DEMAND FOR JURY TRIAL** with respect to all disputed issues of material fact.

Respectfully submitted,

**JACKSON WALKER L.L.P.**

By: _____
Charles L. Babcock
Federal Bar No.: 10982
State Bar No. 01479500
1401 McKinney, Suite 1900
Houston, Texas 77010
(713) 752-4200
(713) 752-4221 – Fax
Email: cbabcock@jw.com

ATTORNEY FOR DEFENDANT
LIN TELEVISION OF TEXAS, L.P.

4989018v.1

## CERTIFICATE OF SERVICE

This is to certify that on this 10th day of January, 2008, a true and correct copy of the foregoing document was served via certified mail, return receipt requested and/or electronic delivery upon:

Mark Cohen
805 West 10th Street, Suite 100
Austin, Texas 78701
Telephone: 512-474-4424
Facsimile: 512-472-5444

Steve McConnico
SCOTT, DOUGLASS & McCONNICO, L.L.P.
600 Congress Avenue, Suite 1500
Austin, Texas 78701-2589
(512) 495-6300
(512) 474-0731 Fax

4989018v.1