UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| 54 BROADCASTING, INC. | § § § |
| v. | §   CIVIL NO. 1:08-CV-030 SS § |
| LIN TELEVISION OF TEXAS, L.P. THOMAS J. VAUGHAN, INDIVIDUALLY AND D/B/A VAUGHAN MEDIA, LLC | § § § § § |

## AKIN AND ALMANZA'S MOTION TO WITHDRAW AS COUNSEL OF RECORD

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Martha Dickie and Boone Almanza of the law firm Akin and Almanza, Co-counsel for Plaintiff 54 Broadcasting, Inc. and file this Motion to Withdraw as counsel of record. The law firm of Susman Godfrey L.L.P. and Mark Cohen will continue to serve as counsel of record for Plaintiff.

Respectfully submitted,

Stephen D. Susman
State Bar No. 19521000
Harry P. Susman
State Bar No. 24008875
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
(713) 651-9366
(713) 654-6666

Mark Cohen
State Bar No. 04508400
805 W. 10th Street, Suite 100
Austin, Texas 78701
(512) 474-4424
(512) 472-5444 - Fax

*[signature]*

A.  Boone Almanza
State Bar No. 01579001
Martha S. Dickie
State Bar No. 00000081
AKIN & ALMANZA
2301 S. Capital of Texas Hwy., Bldg. H
Austin, Texas 78746
(512) 474-9486
(512) 478-7151 – Fax

**ATTORNEYS FOR PLAINTIFF
54 BROADCASTING, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Charles L. Babcock
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Fax: 713-752-4221
cbabcock@jw.com

Stephen E. McConnico
Scott, Douglass & McConnico, L.L.P.
600 Congress Avenue, 15th Floor
Austin, Texas 78701
Fax:  474-0731
smcconnico@scottdoug.com

*[signature]*
Martha S. Dickie

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| 54 BROADCASTING, INC. | § § | |
| v. | § § | CIVIL NO. 1:08-CV-030 SS |
| LIN TELEVISION OF TEXAS, L.P. THOMAS J. VAUGHAN, INDIVIDUALLY AND D/B/A VAUGHAN MEDIA, LLC | § § § § § | |

ORDER ON AKIN AND ALMANZA'S MOTION TO
WITHDRAW AS COUNSEL OF RECORD

Came on to be considered Martha Dickie and Boone Almanza of the law firm of Akin and Almanza's Motion to Withdraw as Counsel of Record. The Court, after considering the Motion, is of the opinion that the Motion should be **GRANTED**.

It is therefore **ORDERED** that Martha Dickie and Boone Almanza of the law firm of Akin and Almanza's Motion to Withdraw as Counsel of Record is **GRANTED**.

**SIGNED**, this the ____ day of _____, 2008.

_____
Sam Sparks
United States District Judge

3