IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
MAR 2 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

54 BROADCASTING, INC.,
        Plaintiff,

-vs-

LIN TELEVISION OF TEXAS, L.P. and
THOMAS J. VAUGHAN, Individually and d/b/a
Vaughan Media, LLC,
        Defendant.

Case No. A-08-CA-030-SS

## VERDICT FORM

We, the jury, unanimously answer the following questions:

### Question One

Do you find, by a preponderance of the evidence, that the assignment by LIN Television to Vaughan Media was an assignment to an "affiliate," as prohibited in Section 9(a) of the Option Agreement?

Answer "Yes" or "No."   ___No___

If you answered "Yes" to Question One, answer Question Two. If you answered "No" to Question One, proceed to Question Five.

## Question Two

Do you find, by a preponderance of the evidence, that LIN Television's failure to comply with Section 9 of the Option Agreement was a material breach of the contract between 54 Broadcasting and LIN Television?

      Answer "Yes" or "No."    _____

Proceed to Question Three.

## Question Three

What was the value of the 54 Broadcasting stock on December 1, 2007?

      Answer in dollars and cents, if any:

      Answer:    $_____

Proceed to Question Four.

## Question Four

What is the reasonable value for LIN Television's use of 54 Broadcasting's FCC license from December 1, 2007 to the present?

    Answer in dollars and cents, if any:

Answer:    $_____

Proceed to Question Five.

## Question Five

Do you find, by a preponderance of the evidence, that:

(a) a relationship of trust and confidence existed between LIN Television, a minority shareholder, and the members of the 54 Broadcasting Group, the other shareholders in 54 Broadcasting?

Answer "Yes" or "No."    YES

(b) the members of the 54 Broadcasting Group made excessive payments of corporate funds to themselves, to the detriment of LIN Television?

Answer "Yes" or "No."    No

(c) the members of the 54 Broadcasting Group engaged in oppressive conduct towards LIN Television, a minority shareholder?

Answer "Yes" or "No."       _No_

If you answered parts (b) or (c) of Question Five as "Yes," proceed to Question Six. Otherwise, there are no more questions.

**Question Six**

Did any of the conduct that you found occurred under part (b) or part (c) of Question Five occur after December 10, 2003?

Answer "Yes" or "No."       _____

Answer no further questions.

Submitted the __2__ day of ~~February~~ March 2009, at __8__ o'clock __50__ m.

SIGNATURE REDACTED PURSUANT
TO E-GOVERNMENT ACT OF 2002

PRESIDING JUROR

-4-